# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                              **PLAINTIFF**
**ADC #136346**

v.                              Case No: 4:25-CV-403-JM

**DEMARIO WHITE, Rapper, Artists**
**CMG Label "AKA Money Baggyo"**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE